FILED

05/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0177

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0177

CITY OF KALISPELL,

     Plaintiff and Appellee,

v.

DIABLO INVESTMENTS, LLC, KALISPELL
AIRPORT ASSOCIATION, INC., R PORCH
CONSTRUCTION, INC., and RED EAGLE
AVIATION, INC.,

     Defendants and Appellees.

## ORDER GRANTING MOTION TO STAY

Appellant R Porch Construction, Inc., moved this Court to stay the appellate proceedings for 90 days to effectuate an executed Settlement Agreement. The motion was unopposed. Good cause appearing,

IT IS HEREBY ORDERED that Appellant's Motion to Stay is GRANTED. The parties have until August 11, 2024, to file either a stipulation for dismissal or a report on the status of the appeal.

    CC:   Sarah D. Simkins
           Paul A. Sandry
           Taylor N. Eisenzimer
           Johnna Preble
           Arthur V. Wittich

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 13 2024